No. 8718. STATE OF MONTANA ex rel. JAMES A. ALLISON, RELATOR, *v.* DISTRICT COURT, ROSEBUD COUNTY, et al., RESPONDENTS.

The application and petition of the Relator in the above entitled cause for writ of supervisory control or other appropriate writ having been duly considered is hereby denied, without prejudice to further proceedings in the above District Court in this matter. Carl Lindquist, Chief Justice, Hugh R. Adair, Albert H. Angstman, Edwin K. Cheadle, Associate Justices.

The record before us does not convince me that the defendant has the means to make a proper defense, and if he has not, the County should pay for what is necessary. C. F. Morris, Associate Justice.

Dated this 4th day of January, 1947.

Attorney for Relator: *W. E. Keeley,* Deer Lodge.

Attorney for Respondent: *J. J. McIntosh,* County Attorney, Forsyth.

No. 8720. STATE OF MONTANA ex rel. IDA J. RYAN, RELATOR, *v.* DISTRICT COURT, POWELL COUNTY, et al., RESPONDENTS.

The petition for writ of supervisory control in the above entitled cause is hereby denied. Hugh Adair, Chief Justice, I. W. Choate, Albert H. Angstman, Edwin K. Cheadle, Lee Metcalf, Associate Justices.

Done this 7th day of January, 1947.

Attorney for Relator: *S. P. Wilson,* Deer Lodge.